

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00271-CV

Prema **DURAIRAJ**,
Appellant

v.

Govindasamy **DURAIRAJ**, Individually; Govindasamy Durairaj, as trustee of the G. Durairaj Children's Trust; Govindasamy Durairaj, as trustee of the Govingdasamy and Prema Durairaj Living Trust; Govindasamy Durairaj, as trustee in the derivative capacity of Suriya Family Limited Partnership; and Vijai Durairaj;
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI13549
Honorable Peter A. Sakai, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, Prema Durairaj's petition for permission to appeal is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d),(f). Costs of this appeal are taxed against the petitioner, Prema Durairaj.

It is so **ORDERED** on August 21, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_____
Keith E. Hottle, Clerk of Court